# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3803

_____

Israel Ortega-Romero,

              Petitioner,

      v.

Eric H. Holder, Jr., Attorney General
of the United States,

              Respondent.

\*
\*
\*
\*  Petition for Review of
\*  an Order of the Board
\*  of Immigration Appeals.
\*
\*  [UNPUBLISHED]
\*
\*

_____

Submitted: June 2, 2011
Filed: June 7, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Israel Ortega-Romero petitions for review of an order of the Board of Immigration Appeals (BIA) vacating an immigration judge's grant of special rule cancellation of removal and ordering him removed. We conclude substantial evidence supports the BIA's finding that Ortega-Romero did not meet the requirement of good moral character, and thus we agree with the BIA's determination that he did not establish eligibility for special rule cancellation of removal. See Ikenokwalu-White v. INS, 316 F.3d 798, 802-05 (8th Cir. 2003) (standard of review). Accordingly, we deny the petition.

_____